Generated: Sep 17, 2024 1:42PM                                                                 Page 1/1



# U.S. District Court

## Florida Southern - Miami

JAMES KOZUBAL

Receipt Date: Sep 17, 2024 1:42PM

| Rcpt. No: 291977 | | Trans. Date: Sep 17, 2024 1:42PM | | | Cashier ID: #VT |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | DFLS424CV010072<br>FBO: JAMES KOZUBAL | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #29486502652 | 09/12/2024 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Comments: 4:24-cv-10072-DPG/James Kozubal

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.