AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| James Kozubal <br><br> *Plaintiff(s)* <br> v. <br> Experian Information Solutions Inc <br> Trans Union LLC <br> Equifax Information Services LLC <br><br> *Defendant(s)* | Civil Action No. 24-cv-10072-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Transunion LLC
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Kozubal
101 Caloosa St Apt 5, Tavernier Fl, 33070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Sep 23, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida ▼

| | |
|---|---|
| James Kozubal )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>Experian Information Solutions Inc )<br>Trans Union LLC )<br>Equifax Information Services LLC )<br>)<br>*Defendant(s)* ) | Civil Action No. 24-cv-10072-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Experian Information Solutions Inc
    1200 SOUTH PINE ISLAND RD.
    PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    James Kozubal
    101 Caloosa St Apt 5, Tavernier Fl, 33070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Sep 23, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts