AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

James Kozubal

*Plaintiff(s)*

v.

Experian Information Solutions Inc
Trans Union LLC
Equifax Information Services LLC

*Defendant(s)*

Civil Action No. 4:24-cv-10072-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Equifax Information Services LLC
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Kozubal
101 Caloosa St Apt 5, Tavernier Fl, 33070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 26, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts