UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

James Kozubal,

    Plaintiff,

v.

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
and Trans Union, LLC,

    Defendants.  /

CASE NO. 4:24-cv-10072-DPG

**DEFENDANT TRANS UNION LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

  Defendant, Trans Union LLC ("TransUnion"), through undersigned counsel, files its Answer and Defenses to the Amended Complaint ("Complaint") filed by James Kozubal ("Plaintiff"). In accordance with Fed. R. Civ. P. 8(b)(1)(B), the answers of TransUnion are to those allegations which are, or which could be understood to be asserted against TransUnion and, unless specifically noted herein, TransUnion lacks knowledge or information sufficient to form a belief as to the truth or falsity of those allegations directed toward any other defendant or defendants and on that basis denies them. TransUnion specifically denies that it has engaged in any conduct which violates the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA"). Unless expressly admitted, TransUnion denies each and every allegation set forth in Plaintiff's Complaint.

**Introduction**

  1. TransUnion denies that it violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA") or that it is liable to Plaintiff in any manner. TransUnion denies the remaining allegations, if any, contained in paragraph 1 of the Complaint.

1

<u>**Jurisdiction**</u>

2. The allegations in this paragraph, if any, are denied as a legal conclusion to which no response is required.

3. The allegations in this paragraph, if any, are denied as a legal conclusion to which no response is required.

<u>**Parties**</u>

4. TransUnion admits that Plaintiff is a natural person and "a consumer" as defined by 15 U.S.C. § 1681a(c). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and, therefore, denies same.

6. TransUnion admits that it is a "consumer reporting agency" as defined by applicable law. TransUnion denies the remaining allegations contained in paragraph 6 of the Complaint. TransUnion admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. The remaining allegations, if any, are denied.

7. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore, denies same.

8. TransUnion admits that it is a "consumer reporting agency" as defined by applicable law. TransUnion also admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties. TransUnion is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

9. TransUnion admits that it is a "consumer reporting agency" as defined by applicable law. TransUnion also admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10. TransUnion denies the allegations contained in paragraph 10 of the Complaint.

## Introduction

11. The provisions of the FCRA are self-evident and speak for themselves. TransUnion denies the remaining allegations, if any, contained in paragraph 11 of the Complaint.

12. The provisions of the FCRA are self-evident and speak for themselves. TransUnion denies the remaining allegations, if any, contained in paragraph 12 of the Complaint.

13. The provisions of the FCRA are self-evident and speak for themselves. TransUnion denies the remaining allegations, if any, contained in paragraph 13 of the Complaint.

14. The provisions of the FCRA are self-evident and speak for themselves. TransUnion denies the remaining allegations, if any, contained in paragraph 14 of the Complaint.

## Factual Allegations

15. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and, therefore, denies same.

17. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and, therefore, denies same.

18. TransUnion denies the allegations contained in paragraph 18 of the Complaint.

19. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

## Allegations Against Equifax

21. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies same.

## Factual Allegations Against TransUnion

23. TransUnion denies it violated the FCRA (or any other law).  TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 23 of the Complaint and, therefore, denies same.

24. TransUnion denies it violated the FCRA (or any other law).  TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 24 of the Complaint and, therefore, denies same.

## Factual Allegations Against Experian

25. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and, therefore, denies same.

26. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

27. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies same.

28. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and, therefore, denies same.

29. TransUnion denies the allegations contained in paragraph 29 of the Complaint.

30. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

31. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

32. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies same.

33. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

34. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and, therefore, denies same.

35. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and, therefore, denies same.

36. TransUnion denies the allegations contained in paragraph 36 of the Complaint.

37. TransUnion denies the allegations contained in paragraph 37 of the Complaint.

38. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and, therefore, denies same.

39. TransUnion denies it violated the FCRA (or any other law). TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 39 of the Complaint and, therefore, denies same.

40. TransUnion denies the allegations contained in paragraph 40 of the Complaint.

41. TransUnion denies the allegations contained in paragraph 41 of the Complaint.

42. TransUnion denies the allegations contained in paragraph 42 of the Complaint.

43. TransUnion denies the allegations contained in paragraph 43 of the Complaint.

44 TransUnion denies the allegations contained in paragraph 44 of the Complaint.

45. TransUnion denies the allegations contained in paragraph 45 of the Complaint.

## COUNT I
## VIOLATION OF THE FCRA
## 15 U.S.C. § 1681e(b)

46. TransUnion restates and incorporates its responses to paragraphs 1 through 45 above as though fully stated herein.

47. TransUnion denies the allegations contained in paragraph 47 of the Complaint.

48. TransUnion denies the allegations contained in paragraph 48 of the Complaint.

49. TransUnion denies the allegations contained in paragraph 49 of the Complaint.

50. TransUnion denies the allegations contained in paragraph 50 of the Complaint.

51. TransUnion denies the allegations contained in paragraph 51 of the Complaint.

52. TransUnion denies the allegations contained in paragraph 52 of the Complaint.

## COUNT II - VIOLATION OF THE FCRA

## 15 U.S.C. § 1681i(a)(1)(A)

53. TransUnion restates and incorporates its responses to paragraphs 1 through 52 above as though fully stated herein.

54. TransUnion denies the allegations contained in paragraph 54 of the Complaint.

55. TransUnion denies the allegations contained in paragraph 55 of the Complaint.

56. TransUnion denies the allegations contained in paragraph 56 of the Complaint.

57. TransUnion denies the allegations contained in paragraph 57 of the Complaint.

58. TransUnion denies the allegations contained in paragraph 58 of the Complaint.

## COUNT III- VIOLATION OF THE FCRA

## 15 U.S.C. § 1681i(a)(2)(A)

59. TransUnion restates and incorporates its responses to paragraphs 1 through 58 above as though fully stated herein.

60. TransUnion denies the allegations contained in paragraph 60 of the Complaint.

61. TransUnion denies the allegations contained in paragraph 61 of the Complaint.

62. TransUnion denies the allegations contained in paragraph 62 of the Complaint.

63. TransUnion denies the allegations contained in paragraph 63 of the Complaint.

64. TransUnion denies the allegations contained in paragraph 64 of the Complaint.

## COUNT IV - VIOLATION OF THE FCRA

## 15 U.S.C. § 1681i(a)(4)

65. TransUnion restates and incorporates its responses to paragraphs 1 through 64 above as though fully stated herein.

66. TransUnion denies the allegations contained in paragraph 66 of the Complaint.

67. TransUnion denies the allegations contained in paragraph 67 of the Complaint.

68. TransUnion denies the allegations contained in paragraph 68 of the Complaint.

69. TransUnion denies the allegations contained in paragraph 69 of the Complaint.

## COUNT V - VIOLATION OF THE FCRA

## 15 U.S.C. §§ 1681i(a)(5)(A)

70. TransUnion restates and incorporates its responses to paragraphs 1 through 69 above as though fully stated herein

71. TransUnion denies the allegations contained in paragraph 71 of the Complaint.

72. TransUnion denies the allegations contained in paragraph 72 of the Complaint.

73. TransUnion denies the allegations contained in paragraph 73 of the Complaint.

74. TransUnion denies the allegations contained in paragraph 74 of the Complaint.

TransUnion denies the allegations contained in the Prayer paragraph of the Complaint.

## DEMAND FOR JURY TRIAL

TransUnion admits that Plaintiff demands a jury trial.

## **DEFENSES**

1. At all relevant times, TransUnion maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2. Any alleged damages to Plaintiff, which TransUnion continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom TransUnion has no control and for whom TransUnion has no responsibility.

3. TransUnion, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4. TransUnion at all times acted in compliance with the FCRA.

5. Some or all of Plaintiff's claims against TransUnion are barred by the applicable statute of limitations.

6. Plaintiff failed to mitigate his alleged damages.

7. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

8. TransUnion affirmatively pleads that it is entitled to attorney's fees in the event that the Court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under Section 1681n or 1681o of the FCRA in bad faith or for purposes of harassment.

9. In the event that a settlement is reached between Plaintiff and any other person or entity, Defendant TransUnion is entitled to any settlement credits permitted by law.

10. Any alleged damages to Plaintiff, which TransUnion continues to deny, were caused in whole or in part by an intervening or superseding cause.

11. Plaintiff lacks standing to assert the claims alleged in this action against TransUnion.

WHEREFORE, Defendant Trans Union LLC respectfully Requests that this Honorable Court deny the relief requested in Plaintiff's Amended Complaint, dismiss the action in its entirety, grant TransUnion its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

/s/ *Christian C. Kohlsaat*
Christian C. Kohlsaat, FBN 117795
**BUCHANAN INGERSOLL & ROONEY PC**
One Biscayne Tower
2 S. Biscayne Blvd, Ste. 1500
Miami, FL 33131-1822
T: 305-347-4080
F: 305-347-4089
Email: christian.kohlsaat@bipc.com
         patricia.delgado@bipc.com

*Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                /s/*Christian C. Kohlsaat*
                                                Christian C. Kohlsaat (FBN 117795)