UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

James Kozubal,

        Plaintiff,

v.

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
and Trans Union, LLC,

        Defendants.        /

CASE NO. 4:24-cv-10072-DPG

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. **Motions to Dismiss** Yes _X_ No ____

2. **Motions for Summary Judgment** Yes ____ No _X_

3. **Motions for Attorneys' Fees** Yes _X_ No ____

4. **Motions for Costs** Yes _X_ No ____

5. **Motions for Sanctions** Yes _X_ No ____

6. **All Pretrial Motions** Yes ____ No _X_

7. **Discovery** Yes _X_ No ____

8. **Other (*explain below*)** Yes ____ No ____

_____

By:

| | |
|---|---|
| /s/*James Kozubal* <br> James Kozubal, *Pro Se* <br> 101 Caloosa Street Apt. 5 <br> Tavernier, FL 33070 <br> Email: kozubalbusiness@gmail.com <br> Phone: 305-394-1436 | /s/ *Christian Kohlsaat* <br> Christian Kohlsaat <br> Buchanan Ingersoll & Rooney PC <br> One Biscayne Tower <br> Two South Biscayne Boulevard <br> Suite 1500 <br> Miami, FL  33131-1822 <br> 305 347 5720 (o) <br> christian.kohlsaat@bipc.com |
| /s/*Noah J. DiPasquale* <br> Noah J. DiPasquale <br> Troutman Pepper Hamilton Sanders LLP <br> 1001 Haxall Point <br> Richmond, VA 23219 <br> (804) 697-1266 <br> Email: noah.dipasquale@troutman.com | /s/*Paige Elizabeth Vacante* <br> Paige Elizabeth Vacante <br> Seyfarth Shaw LLP <br> 233 S. Wacker Drive <br> Chicago, IL 60606-6448 <br> 312-460-5121 <br> Email: pvacante@seyfarth.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed with this Court via the CM/ECF system on November 8, 2024, which will send notification of such filing to all counsel of record. A copy has also been sent via First Class, U.S. Mail postage prepaid to:

James Kozubal, *Pro Se Plaintiff*
101 Caloosa Street Apt. 5
Tavernier, FL 33070
Email: kozubalbusiness@gmail.com
Phone: 305-394-1436

/s/*Christian Kohlsaat*
Christian Kohlsaat
*Counsel for Defendant Trans Union, LLC*