**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 4:24-CV-10072-DPG**

| | |
|---|---|
| JAMES KOZUBAL,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC,<br><br>   Defendants. | **NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC ONLY** |

## NOTICE OF SETTLEMENT

COME NOW, Defendant Equifax Information Services, LLC ("Equifax"), and hereby notifies the Court that *pro se* Plaintiff James Kozubal and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED:  December 18, 2024              Respectfully submitted,

                                                                              SEYFARTH SHAW LLP

By: */s/ Paige Vacante*
    Paige Vacante, Bar No. 1019135
    pvacante@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive
    Suite 8000
    Chicago, Illinois  60606-6448
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, I presented the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>James Kozubal, *pro se*
>101 Caloosa Street, Apt 5
>Tavernier, FL  33070
>Telephone:  305-394-1436
>Email:  kozubalbusiness@gmail.com

>*/s/ Paige Vacante*
>Paige Vacante
>*Counsel for Defendant*
>*Equifax Information Services LLC*

315304314v.1