**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 4:24-CV-10072-DPG**

| | |
|---|---|
| JAMES KOZUBAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC ONLY** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, James Kozubal, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

315304355v.1

DATED:  January 2, 2025               Respectfully submitted,.

                                                            PRO SE PLAINTIFF

By: *James Kozubal*
     James Kozubal

*Pro Se Plaintiff*


SEYFARTH SHAW LLP


By: */s/ Paige Vacante*
    Paige Vacante, Bar No. 1019135
    pvacante@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive
    Suite 8000
    Chicago, Illinois  60606-6448
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I presented the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> James Kozubal, *pro se*
> 101 Caloosa Street, Apt 5
> Tavernier, FL  33070
> Telephone:  305-394-1436
> Email:  kozubalbusiness@gmail.com

> */s/ Paige Vacante*
> Paige Vacante
> *Counsel for Defendant*
> *Equifax Information Services LLC*